IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 MAR 15 PM 1:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

KENNETH W. COLEMAN, )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO. 00-H-2039-S
)
MORGAN COUNTY CIRCUIT COURT )
and THE ATTORNEY GENERAL OF )
THE STATE OF ALABAMA, )
)
    Respondents. )

ENTERED
MAR 1 5 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice. An appropriate order will be entered.

DONE, this 15th day of March, 2002.

                                            JAMES H. HANCOCK
                                            SENIOR UNITED STATES DISTRICT JUDGE

14